# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PERFICIENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-618-MTS |
| | ) | |
| DAVID PALFERY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Defendant David Palfery seeks costs, attorney's fees, and sanctions against Plaintiff Perficient, Inc., Docs. [95–96], after the Court entered judgment in favor of Defendant, Doc. [94]. Plaintiff does not oppose Defendant's Motion for Costs. The second motion, however, is in dispute. Defendant seeks attorney's fees and sanctions under 28 U.S.C. § 1927. *See* Doc. [96]. Defendant claims his previous employer, Plaintiff, vexatiously brought the underlying action against Defendant. The Court has considered the parties briefing on this matter, Docs. [96–98], the applicable law, and the procedural history and facts of this case.

**IT IS HEREBY ORDERED** that Defendant's Motion for Attorney's Fees, Doc. [96], is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's unopposed Motion for Costs, Doc. [95], is **GRANTED**. The Clerk of Court is directed to tax costs against Plaintiff in the amount of $4,254.32.

Dated this 8th day of August, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE